WOLCOTT COOK et al., Respondents, *v.* LAURA M. GILL et al., Individually and as Executors of FRANK B. GILL, Deceased, Appellants.

Argued April 22, 1941; decided April 25, 1941.

*J. R. Marshall* and *Ward N. Truesdell* for appellants.
*Oliver D. Burden* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.